AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RICHARD EDUARDO VARELA MOGOLLON,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-821

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 14, 2026, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Further, Petitioner is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: ______________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

October 15, 2026
Date

John E. Triplett
Clerk

(By) Deputy Clerk